UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2026

SAFE FLEET HOLDINGS LLC, ET AL,

           Movants,

     -v-

HAYDEN AI TECHNOLOGIES, INC.,

           Respondent.

**ORDER**

26-MC-216 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated May 13, 2026, the undersigned was referred to handle general pretrial, including dispositive motions, in this matter. ECF No. 6. The Court is in receipt of the motion to quash a subpoena (the "Motion"). ECF No. 1. The response to the Motion is due **May 22, 2026** and shall be limited to five single-spaced pages. The Movants shall not reply to the response.

A conference is scheduled on **May 27, 2026** at **1:00 p.m.** by telephone to discuss the Motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 370 632 575#).

**SO ORDERED.**

Dated: May 14, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1