UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFE FLEET HOLDINGS LLC, ET AL,

Movants,

-v-

HAYDEN AI TECHNOLOGIES, INC.,

Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2026

**ORDER**

26-MC-216 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' request to extend the deadlines for the response and reply to the motion to quash. ECF No. 9.  The request is **GRANTED IN PART AND DENIED IN PART.**

As stated in the Order dated May 14, 2026, the Movants shall not file a reply. ECF No. 7.  However, the deadline for Respondent to respond to the motion shall be extended to **May 26, 2026**.  The response shall be limited to five single-spaced pages.

Additionally, the telephone conference on the motion to quash that is scheduled for May 27, 2026, ECF No. 7, is adjourned to **June 5, 2026** at **3:00 p.m.**

**SO ORDERED.**

Dated: May 18, 2026
          New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1