UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFE FLEET HOLDINGS LLC, ET AL,

                Movants,

         -v-

HAYDEN AI TECHNOLOGIES, INC.,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/5/2026

**ORDER**

26-MC-216 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The undersigned held a conference on June 5, 2026 to discuss the motion to quash, ECF No. 1. For the reasons articulated at the conference, the motion to quash is **DENIED** without prejudice to Oak Hill's right to raise objections to the subpoena.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 1 as **DENIED**.

**SO ORDERED.**

Dated: June 5, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge